FILED
CLERK, U.S. DISTRICT COURT

MAY 2 1 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

NOTE CHANGES MADE BY THE COURT.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA CLARK, on behalf of herself and all others similarly situated, | Case No.: CV07-0197 RC |
| Plaintiff, | [PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF SETTLEMENT OF CLASS ACTION |
| v. | |
| STEIN MART, INC.; and DOES 1 through 10, inclusive, | |
| Defendants. | Judge: Hon. Rosalyn M. Chapman |

NOTE CHANGES MADE BY THE COURT.

On April 11, 2008, Plaintiff Jessica Clark, individually and on behalf of others similarly situated ("Plaintiff") and Defendant Stein Mart, Inc. ("Defendant") filed a joint Motion for Preliminary Approval of Settlement of Class Action ("Motion") upon the terms and conditions set forth in the Stipulation of Settlement and Release, a true and correct copy of which was attached to the

1

Motion as Exhibit 1.

On May 7, 2008, the Court held a hearing on the Motion and informed Plaintiff and Defendant (hereinafter collectively referred to as the "Parties") that it would require certain revisions to the Stipulation of Settlement and its Exhibits B through F, before granting preliminary approval of the Parties proposed Settlement. The Parties, through their counsel, agreed to make the Court's requested revisions and to file revised documents reflecting same.

The Parties have since filed an Amended Motion For Preliminary Approval Of Settlement Of Class Action ("Amended Motion") and Stipulation of Settlement and Release ("Stipulation of Settlement" or "Agreement"), a true and correct copy of which is attached to the Amended Motion as Exhibit 1.

After reviewing the Stipulation of Settlement, the Amended Motion, and other related documents, and having *previously* heard the argument of counsel for the respective Parties,

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Court hereby grants preliminary approval of the proposed Settlement upon the terms and conditions set forth in the Stipulation of Settlement; *provided, however, The settlement class is defined as set forth in para. 2 below;* The Court preliminarily finds that the terms of the proposed Settlement are fair, reasonable, and adequate, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure ("FRCP"). *[handwritten notes in margin]*

2. The Court hereby certifies a class, for settlement purposes, consisting of: All persons in the United States to whom, on or after December 4, 2006, Stein Mart, Inc. provided an electronically printed receipt at the point of a sale or transaction on which Stein Mart, Inc. printed more than the last five digits of the person's credit card or debit card number and/or printed the expiration date of the person's credit or debit card ("Settlement Class").

2

---
[PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF
SETTLEMENT OF CLASS ACTION

3. The Court hereby appoints, for settlement purposes, Plaintiff Jessica Clark, as class representative, and appoints Chant Yedalian and Douglas A. Linde of The Linde Law Firm as Class Counsel.

4. The Court hereby preliminarily finds the Stipulation of Settlement was the product of serious, informed, non-collusive negotiations conducted at arm's length by the Parties in the presence of the Court during two Settlement Conferences. In making these preliminary findings, the Court considered, among other factors, the total potential statutory damages claimed in this Action on behalf of Plaintiff and members of the Settlement Class, Defendant's potential liability, the risks of continued litigation including but not limited to a pending legislative bill entitled The Credit and Debit Card Receipt Clarification Act of 2007, the equitable relief provided by the Settlement, the up to approximately $390 million worth of discounts which will be made available to Settlement Class members and the general public as part of the Settlement, and the fact that the proposed Settlement represents a compromise of the Parties' respective positions rather than the result of a finding of liability at trial. The Court further preliminarily finds that the terms of the Stipulation of Settlement have no obvious deficiencies and do not improperly grant preferential treatment to any individual member of the Settlement Class.

5. The Court hereby approves the proposed manner and content (Exhibits B, C, D and E to the Stipulation of Settlement) of notice to the Settlement Class as well as the Opt-Out Form (Exhibit F to the Stipulation of Settlement).

6. The Court finds that the proposed notice of Settlement constitutes the best notice practicable under the circumstances and is in full compliance with the United States Constitution and the requirements of due process. The Court

1. further finds that the notice (Exhibits B, C, D and E to the Stipulation of Settlement) fully and accurately informs Settlement Class members of all material elements of the proposed class action Settlement, of each member's right to be excluded from the Settlement Class, and each member's right and opportunity to object to the proposed class action Settlement.

7. The Court approves CPT Group, Inc., 16630 Aston, Irvine, California 92606, phone: (949)428-1042, facsimile: (949)428-1043, to serve as the Settlement Administrator.

8. Settlement Class members will have until August 15, 2008, to exclude themselves from the Settlement by returning a fully completed and signed Opt-Out Form to the Settlement Administrator. To be timely, all Opt-Out Forms must be postmarked no later than August 15, 2008. Settlement Class members who timely opt-out of the Settlement shall: (a) have no right to receive any Settlement Coupon or Supplemental Settlement Coupon under the Settlement; (b) not be bound by the terms of the Settlement; and (c) not have any right to object to the terms of the Settlement or be heard at the fairness hearing.

9. The Settlement Administrator shall provide Plaintiff's counsel and Defendant's counsel with a list of Settlement Class members who timely opted-out no later than August 25, 2008.

10. The Court further orders that each Settlement Class member shall be given full opportunity to object to the proposed class action settlement and to participate at a fairness hearing. Any Settlement Class member may, on his, ~~her or its~~ own, or through an attorney hired at his, ~~her or its~~ own expense, object to the terms of the Settlement or to any of the terms of the Stipulation of Settlement. To be effective, any such objection(s) must be in writing, served on Plaintiff's counsel and Defendant's counsel, and filed with the Court no later than August

4

[PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF
SETTLEMENT OF CLASS ACTION

1. 15, 2008. Settlement Class members may file and serve their written objection(s) ~~by mail~~ by mailing their written objection(s), postmarked no later than August 15, 2008, to the Court, to Class Counsel and Defense Counsel at each of their respective addresses set forth in Exhibit E to the Stipulation of Settlement.

11. The fairness hearing is set for 9:30 a.m. on September 24, 2008, or at a later date which the Court may designate, at 312 North Spring Street, Los Angeles, California 90012, in Courtroom 23.

12. The Parties' motion for final approval of this class action Settlement, Class Counsel's award of attorneys' fees and costs, award of service payment to Plaintiff, and approval of the Settlement Administrator's fees and costs shall be filed with the Court on or before _September 2_, 2008.

13. Pending final determination of whether the proposed Settlement should be approved, no Settlement Class member either directly, derivatively, in a representative capacity, or in any other capacity, shall commence, maintain or prosecute against Defendant, any action or proceeding in any court or tribunal asserting any of the settled claims, unless and until such Settlement Class member excludes ~~itself~~ himself from the Settlement by timely returning a fully completed and signed Opt-Out Form to the Settlement Administrator as set forth in paragraph 8, above.

//
//
//
//
//
//
//

5

[PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF
SETTLEMENT OF CLASS ACTION

14. Pending final determination of whether the proposed Settlement should be approved, all discovery and all proceedings in the litigation are stayed, except for proceedings relating to the proposed Settlement.

IT IS SO ORDERED.

Dated: May 21, 2008

HON. ROSALYN M. CHAPMAN
United States Magistrate Judge

6

[PROPOSED] ORDER GRANTING PRELIMINARY APPROVAL OF SETTLEMENT OF CLASS ACTION